Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUND ACTION, FRIENDS OF THE SAN JUANS, AND WASHINGTON ENVIRONMENTAL COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | No. 18-cv-00733-JLB<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>Note on Motions Calendar: July 23, 2018 |

Defendant United States Army Corps of Engineers moves for a 60-day extension, to and including September 28, 2018, for Defendant to file its answer or other responsive pleading to the Complaint filed in this action. Plaintiffs Sound Action, *et al.*, stipulate to this request for a 60-day extension. The grounds for this motion are as follows:

1)   In this case, Petitioners challenge under the Administrative Procedure Act an alleged decision by the United States Army Corps of Engineers pertaining to the boundary of

STIPULATED MOTION AND [~~PROPOSED~~]
ORDER EXTENDING TIME - 1

Case No. 18-cv-00733-BAT

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

shoreline areas regulated under the Clean Water Act in the Corps' Seattle District and the alleged failure by the Corps to respond within a reasonable time to administrative requests regarding the Clean Water Act boundary at certain locations.

2) Plaintiffs served the Complaint on the Office of the U.S. Attorney on May 29, 2018, and thus Defendant's answer or other responsive pleading to the Complaint is due July 30, 2018.

3) Plaintiffs and Defendants wish to pursue preliminary discussions to assess whether a settlement of this case may be possible. To avoid litigation activities during this period, Defendants require an additional 60 days, until and including September 28, 2018, to prepare their answer or other responsive pleading to the Complaint in this action. This extension will facilitate the discussions between the Parties.

4) As noted above, Plaintiffs stipulate to this request for an extension.

WHEREFORE, Defendants respectfully request an extension to and including September 28, 2018, to file their answer or other response pleading to the Complaint.

ORDER

IT IS SO ORDERED, on this 24th day of July, 2018.

United States District Judge

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING TIME - 2

Case No. 18-cv-00733-BAT

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

Respectfully submitted by:

/S/ David J. Kaplan
David J. Kaplan
Attorneys for Federal Defendants
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-0997
David.kaplan@usdoj.gov


/S/ Anna Sewell
Anna Sewell, WSBA # 48736
Earthjustice
1625 Massachusetts Avenue NW
Suite 702
Washington, DC 20036
202-667-4500
asewell@earthjustice.org

STIPULATED MOTION AND [~~PROPOSED~~]
ORDER EXTENDING TIME - 3

Case No. 18-cv-00733-BAT

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing filing was electronically filed with the Clerk of the Court on July 23, 2018, using the Court's electronic filing system, which will send notification of said filing to the attorneys of record that have, as required, registered with the Court's system.

/S/ David Kaplan

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING TIME  - 4

Case No. 18-cv-00733-BAT

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044