The Honorable James L. Robart

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| SOUND ACTION, FRIENDS OF THE SAN JUANS, AND WASHINGTON ENVIRONMENTAL COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | Case No. 18-cv-00733-JLR<br><br>STIPULATION AND [PROPOSED] ENTRY OF SCHEDULING ORDER ON DEFENDANT'S MOTION TO DISMISS |

Plaintiffs Sound Action, Friends of the San Juans, and Washington Environmental Council (collectively "Plaintiffs") and Defendant U.S. Army Corps of Engineers stipulate as follows:

1. On May 21, 2018, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief in the above-captioned matter.

2. On July 23, 2018, Defendant moved for a 60-day extension of time to file a responsive pleading to the Complaint. On July 24, 2018, the extension was granted.

3. On September 28, 2018, Defendant filed a Motion to Dismiss Claim 1 for Lack of Jurisdiction, with a noting date of October 26, 2018. (See Dkt. #13.) Under L.C.R. 7(d), Plaintiffs' opposition to Defendant's motion to dismiss is currently due October 22, 2018, and Defendant's reply is due October 26, 2018.

4. To afford the parties the additional time they need to complete briefing on the issues

STIPULATION AND [PROPOSED] ENTRY OF SCHEDULING ORDER,- 1
18-cv-00733-JLR

*Earthjustice*
*1625 Massachusetts Ave. NW*
*Suite 702*
*Washington, DC 20036*
*202-667-4500*

raised by Defendant's motion to dismiss, the parties respectfully request that the following proposed schedule be entered:

   a. On or before October 29, 2018, Plaintiffs will file an opposition to Defendant's motion to dismiss.

   b. On or before November 15, 2018, Defendant will file a reply in support of its motion to dismiss.

   c. Defendant's motion to dismiss (Dkt. #13) shall be noted for November 15, 2018.

**SO STIPULATED**: This 16th day of October, 2018.

Respectfully submitted by:

/s/*Anna Sewell*
Anna Sewell, WSBA # 48736
Earthjustice
1625 Massachusetts Avenue NW
Suite 702
Washington, DC 20036
202-667-4500
asewell@earthjustice.org

/s/*Jan Hasselman*
Jan Hasselman, WSBA # 29107
Earthjustice
705 Second Avenue
Suite 203
Seattle, WA 98104
206-343-7340
jhasselman@earthjustice.org
Attorneys for Plaintiffs


/s/*David J. Kaplan*
David J. Kaplan
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
202-514-0997
David.kaplan@usdoj.gov
Attorney for Defendant

STIPULATION AND [PROPOSED] ENTRY OF SCHEDULING ORDER- 2
18-cv-00733-JLR

*Earthjustice*
*1625 Massachusetts Ave. NW*
*Suite 702*
*Washington, DC 20036*
*202-667-4500*

**SO ORDERED**

DATED this __16th__ day of __October__, 2018.

_____
The Honorable James L. Robart
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2018, I electronically filed the foregoing STIPULATION AND [PROPOSED] ENTRY OF SCHEDULING ORDER ON DEFENDANT'S MOTION TO DISMISS with the Clerk of the Court using the CM/EC system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/Anna Sewell
Anna Sewell

STIPULATION AND [PROPOSED] ENTRY OF SCHEDULING ORDER- 3
18-cv-00733-JLR

*Earthjustice*
*1625 Massachusetts Ave. NW*
*Suite 702*
*Washington, DC 20036*
*202-667-4500*