1

Honorable James L. Robart

2

3

4

5

6

7

8

9

10  UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
11  AT SEATTLE

12  SOUND ACTION, FRIENDS OF THE          )
13  SAN JUANS, AND WASHINGTON             )    No. 18-cv-00733-JLR
    ENVIRONMENTAL COUNCIL,                )
14                                        )    STIPULATED MOTION AND
                                          )    [PROPOSED] ORDER DEFERRING
15           Plaintiffs,                  )    FILING OF THE COMBINED JOINT
                                          )    STATUS REPORT AND DISCOVERY
16       v.                               )    PLAN
                                          )
17  UNITED STATES ARMY CORPS OF           )
18  ENGINEERS,                            )
                                          )
19           Defendant.                   )    Note on Motions Calendar:  November
                                          )    5, 2018
20  ───────────────────────────────────  )

21
        Plaintiffs Sound Action, et al. ("Sound Action"), and Defendant United States Army
22
    Corps of Engineers (the "Corps") (collectively the "Parties") request that the Court defer the date
23
    for the Parties to file the Combined Joint Status Report and Discovery Plan required by the
24
    Court's order (Doc. No. 14), until 14 days after the Court rules on the Corps' pending motion to
25
    dismiss claim one of the Complaint for lack of jurisdiction (Doc. No. 13).  The grounds for this
26
    Stipulated Motion are as follows:
27

28

29  STIPULATED MOTION AND [PROPOSED]                    David J. Kaplan.
    ORDER EXTENDING TIME - 1                   United States Department of Justice
                                                   Environmental Defense Section
                                                       P.O. Box 7611
    Case No. 18-cv-00733-JLR                        Washington D.C.  20044

1.      On May 21, 2018, Sound Action filed a two-count Complaint against the Corps under the Administrative Procedure Act that challenges an alleged final agency action by the Corps pertaining to the boundary of shoreline areas regulated under the Clean Water Act in the Corps' Seattle District and that alleges the Corps failed to respond within a reasonable time to an administrative petition regarding the Clean Water Act.

2.      On September 28, 2018, the Corps filed a Motion to Dismiss Claim One For Lack of Jurisdiction, Doc. No. 13. Briefing on this dispositive motion, which is noted for November 15, 2018, is ongoing. Doc. No. 16.

3.      The Court issued its initial scheduling order (Doc. No. 14) on October 2, 2018. That order requires, among other things, that the Parties file their Combined Joint Status Report and Discovery Plan by November 6, 2018. Deferring that filing until 14 days after the Court rules on the Corps' pending Motion to Dismiss makes sense because the scheduling issues that the Parties would need to address in that filing will depend upon, and will be significantly impacted by, how the Court rules on the Corps' Motion to Dismiss. Once that ruling is issued, the Parties will be in a position to address the scheduling matters in the Combined Joint Status Report and Discovery Plan for the efficient disposition of this case.

4.      Deferring filing of the Combined Joint Status Report and Discovery Plan will not delay the ultimate resolution of this case or a future trial date. The Parties agree that any judicial review on the merits in this case must be based upon an administrative record for judicial review; thus, depending upon how the Court rules on the Corps' pending Motion to Dismiss, any merits review of the claims would be appropriately resolved through motions for summary judgment. Accordingly, selecting a trial date will not be necessary in this case, and deferring the date for

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING TIME - 2

Case No. 18-cv-00733-JLR

David J. Kaplan.
United States Department of Justice.
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

1  filing the Status Report and Discovery Plan will not unduly delay the ultimate resolution of this

2  case.

3      WHEREFORE, Sound Action and the Corps respectfully request that the Court extend

4  the date for the Parties to file their Combined Joint Status Report and Discovery Plan required by

5

6  the Court's initial order (Doc. No. 14) to 14 days after the Court rules on the Corps' pending

7  Motion to Dismiss (Doc. No. 13).

8

9

10

11                                              ORDER

12

13  IT IS SO ORDERED, on this ___6___ day of November, 2018.

14

15

16                                      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

29  STIPULATED MOTION AND [PROPOSED]                David J. Kaplan.
    ORDER EXTENDING TIME  - 3              United States Department of Justice
                                             Environmental Defense Section
                                                  P.O. Box 7611
    Case No. 18-cv-00733-JLR                    Washington D.C.  20044

1  Respectfully submitted by:

2  /S/  David J. Kaplan
   David J. Kaplan
3  Attorneys for Federal Defendants
   United States Department of Justice
4  Environmental Defense Section
5  P.O. Box 7611
   Washington, DC 20044·
6  (202) 514-0997
7  David.kaplan@usdoj.gov

8

9  /S/ Anna Sewell
   Anna Sewell, WSBA # 48736
10 Earthjustice
   1625 Massachusetts Avenue NW
11 Suite 702
12 Washington, DC 20036
   202-667-4500
13 asewell@earthjustice.org

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29 STIPULATED MOTION AND [PROPOSED]          David J. Kaplan.
   ORDER EXTENDING TIME  - 4              United States Department of Justice
                                          Environmental Defense Section
                                               P.O. Box 7611
   Case No. 18-cv-00733-JLR              Washington D.C.  20044

1

## CERTIFICATE OF SERVICE

2

3       I hereby certify that the foregoing filing was electronically filed with the Clerk of the
Court on November 5, 2018, using the Court's electronic filing system, which will send
4   notification of said filing to the attorneys of record that have, as required, registered with the
Court's system.

5

6                                                      /S/ David Kaplan

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29   STIPULATED MOTION AND [PROPOSED]                    David J. Kaplan.
     ORDER EXTENDING TIME  - 5               United States Department of Justice
                                              Environmental Defense Section
                                                    P.O. Box 7611
     Case No. 18-cv-00733-JLR                   Washington D.C.  20044