Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUND ACTION, FRIENDS OF THE SAN JUANS, AND WASHINGTON ENVIRONMENTAL COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | No. 18-cv-00733-JLR<br><br>STIPULATED EXTENSION AND [~~PROPOSED~~] ORDER<br><br>NOTED FOR MAY 1, 2019 |

Plaintiffs Sound Action, et al. ("Sound Action"), and Defendant United States Army Corps of Engineers (the "Corps") submit this stipulated request to extend the date in the Court's February 19, 2019 Order (Doc. No. 23) for the Corps to file the administrative record by six days, from May 2, 2019, until May 8, 2019.

This additional time to file the administrative record is needed because the undersigned lead counsel for the Corps has an oral argument on May 1, 2019, in the Court of Appeals for the

STIPULATED EXTENSION
AND ORDER                                - 1

Case No. 18-cv-00733-JLR

David J. Kaplan
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

D.C. Circuit in a case in which he is also lead counsel, and will be out of the office on a personal matter for all or most of May 2, 2019. Additional time is thus necessary to allow counsel to complete the necessary review of the administrative record before filing it and to undertake the actions necessary to file that record.

The Parties further note that on April 9, 2019, the Corps took an action that significantly affects Plaintiffs' second claim for relief, which claim seeks to compel the Corps to take certain action. The Parties are discussing the impacts of the Corps' recent action on the second claim for relief. They agree at this time that the Corps need not file an administrative record for Plaintiffs' second claim for relief, and they anticipate that a motion addressing the impact on that claim will soon be filed.

## ORDER

IT IS SO ORDERED, on this __2ND__ day of May 2019. The Corps shall file the administrative record by May 8, 2019.

_____
United States District Judge

STIPULATED EXTENSION
AND ORDER                              - 2

Case No. 18-cv-00733-JLR

David J. Kaplan
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

Respectfully submitted by:

/S/ David Kaplan
David J. Kaplan
Attorney for Federal Defendant
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-0997
David.kaplan@usdoj.gov


/S/ Anna Sewell
Anna Sewell, WSBA # 48736
Attorney for Plaintiffs
Earthjustice
1625 Massachusetts Avenue NW
Suite 702
Washington, DC 20036
202-667-4500
asewell@earthjustice.org

STIPULATED EXTENSION
AND ORDER                               - 3

Case No. 18-cv-00733-JLR

David J. Kaplan
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing filing was electronically filed with the Clerk of the Court on May 1, 2019, using the Court's electronic filing system, which will send notification of said filing to the attorneys of record that have, as required, registered with the Court's system.

/S/ David Kaplan

STIPULATED EXTENSION
AND ORDER - 4

Case No. 18-cv-00733-JLR

David J. Kaplan
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044