The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SOUND ACTION, FRIENDS OF THE SAN JUANS, AND WASHINGTON ENVIRONMENTAL COUNCIL,

    Plaintiffs,

v.

UNITED STATES ARMY CORPS OF ENGINEERS,

    Defendant.

Case No. 2:18-cv-00733-JLR

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF SECOND CLAIM FOR RELIEF

    Plaintiffs, Sound Action et al., have filed a Motion for Voluntary Dismissal of Second Claim for Relief pursuant to Fed. R. Civ. P. 41(a)(2). Defendant, the United States Army Corps of Engineers, does not oppose the relief requested in the Motion. The underlying dispute regarding the second claim for relief in the Complaint having being resolved, the second claim for relief is DISMISSED, without prejudice.

    It is SO ORDERED this ___8th___ day of May, 2019

_____
The Honorable James L. Robart
United States District Judge

Presented By:

Anna Sewell, WSBA # 48736

PROPOSED ORDER GRANTING MOT. FOR VOLUNTARY DISMISSAL- 1
2:18-cv-00733-JLR

*Earthjustice*
*1625 Massachusetts Ave. NW*
*Suite 702*
*Washington, DC 20036*
*202-667-4500*

| | |
|---|---|
| 1 | Earthjustice |
|   | 1625 Massachusetts Avenue NW |
| 2 | Suite 702 |
|   | Washington, DC 20036 |
| 3 | 202-667-4500 |
|   | asewell@earthjustice.org |
| 4 | |
|   | Jan Hasselman, WSBA # 29107 |
| 5 | Earthjustice |
|   | 705 Second Avenue |
| 6 | Suite 203 |
|   | Seattle, WA 98104 |
| 7 | 206-343-7340 |
|   | jhasselman@earthjustice.org |
| 8 | |
|   | Dated this 7th day of May, 2019. |

PROPOSED ORDER GRANTING MOT. FOR VOLUNTARY DISMISSAL- 2
2:18-cv-00733-JLR

*Earthjustice*
*1625 Massachusetts Ave. NW*
*Suite 702*
*Washington, DC 20036*
*202-667-4500*