Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUND ACTION, FRIENDS OF THE SAN JUANS, AND WASHINGTON ENVIRONMENTAL COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | No. 18-cv-00733-JLR<br><br>STIPULATED EXTENSION AND [~~PROPOSED~~] ORDER<br><br>NOTED FOR MAY 23, 2019 |

Plaintiffs Sound Action, et al. ("Sound Action"), and Defendant United States Army Corps of Engineers (the "Corps") submit this stipulated request to extend the date in the Court's February 20, 2019 Order (Doc. No. 25) for the Parties to file status reports by one day, from May

STIPULATED EXTENSION
AND ORDER                          - 1

Case No. 18-cv-00733-JLR

David J. Kaplan
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

23, 2019, until May 24, 2019. The Parties need this additional time to complete their discussions and finalize their respective proposals for how this case should proceed before filing their status reports. The Parties expect that they will file separate reports.

## ORDER

IT IS SO ORDERED, on this __24th__ day of May 2019. The date for the Parties to file the required status reports is extended to May 24, 2019.

_____
United States District Judge

STIPULATED EXTENSION
AND ORDER                  - 2

Case No. 18-cv-00733-JLR

David J. Kaplan
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C.  20044

Respectfully submitted by:

/S/ David Kaplan
David J. Kaplan
Attorney for Federal Defendant
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-0997
David.kaplan@usdoj.gov


/S/ Anna Sewell
Anna Sewell, WSBA # 48736
Attorney for Plaintiffs
Earthjustice
1625 Massachusetts Avenue NW
Suite 702
Washington, DC 20036
202-667-4500
asewell@earthjustice.org

STIPULATED EXTENSION
AND ORDER                              - 3

Case No. 18-cv-00733-JLR

David J. Kaplan
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044