UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUND ACTION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | CASE NO. C18-0733JLR<br><br>ORDER REGARDING STATUS REPORTS |

Before the court are the parties' respective status reports. (PSR (Dkt. # 33); DSR (Dkt. # 35).) The court has considered the status reports and ORDERS as follows:

1. Defendant United States Army Corps of Engineers ("the Corps") shall file its motion for voluntary remand no later than June 13, 2019.

2. Plaintiffs Sound Action, Friends of the San Juans, and Washington Environmental Council (collectively, "Plaintiffs") shall file their response to the Corps' motion for voluntary remand no later than July 1, 2019.

ORDER - 1

3. The Corps shall file its reply in support of its motion for voluntary remand no later than July 5, 2019.

Plaintiffs shall not file their motion for summary judgment until the court decides the Corps' motion for voluntary remand. If the court denies the Corps' motion for voluntary remand, then Plaintiffs shall file their motion for summary judgment within three weeks of the court's order denying voluntary remand. Plaintiffs' motion for summary judgment shall be noted in accordance with the local rules. *See* Local Rules W.D. Wash. LCR 7(d)(3).

Dated this 30th day of May, 2019.

JAMES L. ROBART
United States District Judge