Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUND ACTION, FRIENDS OF THE SAN JUANS, AND WASHINGTON ENVIRONMENTAL COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | No. 18-cv-00733-JLB<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR CORPS TO FILE ITS REPLY<br><br>Note on Motions Calendar: July 1, 2019 |

Defendant United States Army Corps of Engineers (the "Corps") moves for a seven-day extension, to and including July 12, 2019, for the Corps to file its reply in support of its Motion for Voluntary Remand (Doc. 37). Plaintiffs Sound Action, *et al.,* stipulate to this request for a seven-day extension. The grounds for this motion are as follows:

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING TIME - 1

Case No. 18-cv-00733-BAT

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

1) In this case, Petitioners challenge under the Administrative Procedure Act a decision by the United States Army Corps of Engineers regarding the boundary of shoreline areas regulated under the Clean Water Act in the Corps' Seattle District.

2) In accordance with the Court's order (Doc. 36), the Corps filed on June 13, 2019, a Motion for Voluntary Remand (Doc. 37). In accordance with that order, Plaintiffs filed their response to the Corps' motion on July 1, 2019 (Doc. 38). The Corps' reply is due July 5, 2019.

3) The Corps requests an additional seven days, until July 12, 2019, to file its reply. This additional time is needed to allow the undersigned counsel for the Corps adequate time to review Plaintiffs' response and confer with the Corps, prepare a draft response, and to have that draft response reviewed by the Corps as well as the appropriate senior officials at the Corps and Department of Justice before it can be filed. Additional time is also needed because the undersigned counsel for the Corps will be out of the office on July 4, 2019, due to family and community commitments.

4) Plaintiffs stipulate to the relief requested by this motion.

WHEREFORE, the Corps respectfully requests an extension to and including July 12, 2019, to file the Corps' reply.

ORDER

IT IS SO ORDERED, on this 2nd day of July, 2019.

_____
United States District Judge

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING TIME - 2

Case No. 18-cv-00733-BAT

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

Respectfully submitted by:

/S/ David J. Kaplan
David J. Kaplan
Attorney for Federal Defendants
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-0997
David.kaplan@usdoj.gov


/S/ Anna Sewell
Anna Sewell, WSBA # 48736
Earthjustice
1625 Massachusetts Avenue NW
Suite 702
Washington, DC 20036
202-667-4500
asewell@earthjustice.org

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING TIME - 3

Case No. 18-cv-00733-BAT

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044