ANNA SEWELL (WSB # 48736)
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
(202) 797-5233 | Phone
asewell@earthjustice.org

JAN HASSELMAN (WSB # 29107)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340 | Phone
jhasselman@earthjustice.org

*Attorneys for Plaintiffs*

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUND ACTION, FRIENDS OF THE SAN JUANS, AND WASHINGTON ENVIRONMENTAL COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | Case No. 2:18-cv-00733-JLR<br><br>STIPULATED MOTION AND ORDER TO STAY BRIEFING ON MOTION FOR COSTS AND ATTORNEYS' FEES<br><br>NOTE ON MOTION CALENDAR: APRIL 24, 2020 |

Plaintiffs Sound Action, Friends of the San Juans, and Washington Environmental Council move to stay briefing on Plaintiffs' Motion for Costs and Attorneys' Fees for 90 days, until July 23, 2020. Defendant U.S. Army Corps of Engineers stipulates to this requested relief.

The grounds for this stipulated motion are as follows:

1. Concurrently with this stipulated motion, Plaintiffs have filed a Motion for Costs and Attorneys' Fees.

2. As explained in the parties' Stipulated Motion filed on April 16, 2020 (ECF No. 44), briefing and argument on Plaintiffs' claims for fees and costs may be unnecessary in light of the parties' intent to explore a potential negotiated agreement.

3. To afford the parties time to explore this potential negotiated agreement of Plaintiffs' claim for fees and costs, the parties respectfully request a stay of briefing on the Motion for Costs and Attorneys' Fees for 90 days, from April 24, 2020, to July 23, 2020.

4. Should out of court resolution of Plaintiffs' Motion for Costs and Attorneys' Fees prove to be unsuccessful by July 23, 2020, Plaintiffs and Defendants shall apprise this Court of the status of Plaintiffs' motion and any request for action by this Court. If necessary, Plaintiffs will file an amended and updated motion for costs and fees, including declarations, time and expense sheets, and other documents in support of the motion at that time.

WHEREFORE, Plaintiffs request that briefing on Plaintiffs' Motion for Costs and Attorneys' Fees be stayed for 90 days, until July 23, 2020. By July 23, 2020, Plaintiffs and Defendants shall apprise this Court of the status of Plaintiffs' motion and any request for action by this Court.

### ORDER

Based on the foregoing, this Stipulated Motion is GRANTED.

DATED this __24th__ day of __April__, 2020.

_____
The Honorable James L. Robart
United States District Judge

STIPULATED MOT. AND ORDER TO
STAY BRIEFING
(CASE NO. 2:18-cv-00733-JLR) - 2