ANNA SEWELL (WSB # 48736)
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
(202) 797-5233 | Phone
asewell@earthjustice.org

JAN HASSELMAN (WSB # 29107)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340 | Phone
jhasselman@earthjustice.org
*Attorneys for Plaintiffs*

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUND ACTION, FRIENDS OF THE SAN JUANS, AND WASHINGTON ENVIRONMENTAL COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | ) Case No. 2:18-cv-00733-JLR<br>)<br>) STIPULATED MOTION AND<br>) ORDER TO DISMISS  MOTION<br>) FOR COSTS AND  ATTORNEYS'<br>) FEES<br>)<br>) NOTE ON MOTION CALENDAR:<br>) JULY 20, 2020 |

Plaintiffs Sound Action, Friends of the San Juans, and Washington Environmental Council hereby withdraw and move to dismiss Plaintiffs' Motion for Costs and Attorneys' Fees. Defendant U.S. Army Corps of Engineers stipulates to this requested relief.  The grounds for this stipulated motion are as follows:

1.     On April 17, 2020, this Court dismissed this case with prejudice, but retained jurisdiction only to resolve any motion for costs and attorneys' fees.  ECF No. 45.

2.     On April 24, 2020, Plaintiffs filed a timely Motion for Costs and Attorneys' Fees. ECF No. 46.

3.     Concurrently with Plaintiffs' Motion for Costs and Attorneys' Fees, Plaintiffs filed a stipulated motion to stay briefing on the motion, in order to afford the parties time to explore a potential negotiated agreement of Plaintiffs' claims for fees and costs.  ECF No. 47. On the same day, this Court granted the stipulated motion to stay briefing on the motion until July 23, 2020.  ECF No. 48.

4.     Plaintiffs subsequently reached an agreement with Defendant concerning Plaintiffs' Motion for Costs and Attorneys' Fees.  Because the settlement agreement has been satisfied, Plaintiffs hereby withdraw and move to dismiss their Motion for Costs and Attorneys' Fees.

## ORDER

Based on the foregoing, this Stipulated Motion is GRANTED.


DATED this ___20th_____ day of___July_____, 2020.


_____
The Honorable James L. Robart
United States District Judge


**SO STIPULATED**: This 20th day of July, 2020.

STIPULATED MOT. AND
ORDER TO DISMISS MOT. FOR COSTS AND FEES
(CASE NO. 2:18-cv-00733-JLR) - 2